IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ELIZABETH WELLS,

    Petitioner,

vs.                              CASE NO. 3:03cv490-RS

JAMES R. McDONOUGH,

    Respondent.
_____/

## ORDER

Before the court is the magistrate judge's Order and Report and Recommendation (Doc. 20). Petitioner has not filed objections.

**IT IS ORDERED:**

1. The magistrate judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Petition for Writ of Habeas Corpus (Doc. 1) is denied with prejudice.

3. The clerk is directed to close the file.

ORDERED on April 24, 2006.

                                                  **/S/ Richard Smoak**
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**